152 A.3d 754

**SMITH, Stephanie L.**

v.

**STATE of Maryland**

**Pet. Docket No. 457, Sept. Term, 2016**

Court of Appeals of Maryland.

January 9, 2017

Petition for writ of certiorari granted

∎

152 A.3d 754

**STATE of Maryland**

v.

**COPES, Robert L., Jr.**

**Pet. Docket No. 474, Sept. Term, 2016**

Court of Appeals of Maryland.

January 9, 2017

Opinion of the Court of Special Appeals unreported (No. 580, Sept. Term, 2016)

Petition for writ of certiorari granted